# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　　Lester S Smith III<br>　　　Lois A Smith<br>　　　　　　Debtor(s) | Case No. 14-17421 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 05/08/2014.

　　2) The plan was confirmed on  NA .

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

　　5) The case was dismissed on 09/17/2014.

　　6) Number of months from filing to last payment: 0.

　　7) Number of months case was pending: 8.

　　8) Total value of assets abandoned by court order:  NA .

　　9) Total value of assets exempted:  NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$0.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARGON AGENCY | Unsecured | NA | 78.00 | 78.00 | 0.00 | 0.00 |
| Aaron's Furniture | Secured | 253.00 | NA | NA | 0.00 | 0.00 |
| Aaron's Furniture | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| Accelerated Rehab Center | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| ACL LABORATORIES | Unsecured | NA | 128.65 | 128.65 | 0.00 | 0.00 |
| ACL LABORATORIES | Unsecured | 119.00 | 36.32 | 36.32 | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 127.92 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Patient Financi | Unsecured | 510.03 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 257.00 | 257.64 | 257.64 | 0.00 | 0.00 |
| AT & T BANKRUPTCY | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| Bud Ambulance | Unsecured | 124.20 | NA | NA | 0.00 | 0.00 |
| Cardiac Consulting Group SC | Unsecured | 6.30 | NA | NA | 0.00 | 0.00 |
| CASH LOANS BY BMAC INC | Unsecured | NA | 406.50 | 406.50 | 0.00 | 0.00 |
| CBE Group | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 337.00 | 258.96 | 258.96 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 458.99 | 458.99 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Chest Specialists PC | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 175.00 | 175.00 | 0.00 | 0.00 |
| City of Joliet | Priority | 120.00 | NA | NA | 0.00 | 0.00 |
| City of Markham | Unsecured | 96.86 | NA | NA | 0.00 | 0.00 |
| Columbia Medical Center | Unsecured | 149.07 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 516.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,602.13 | 1,802.71 | 1,802.71 | 0.00 | 0.00 |
| Community Healthcare Systems | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| COMMUNITY HOSPITAL | Unsecured | 559.79 | 559.79 | 559.79 | 0.00 | 0.00 |
| COMMUNITY HOSPITAL | Unsecured | NA | 3,089.07 | 3,089.07 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 5,625.00 | NA | 3,204.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Dental Dreams | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| Family Dental Care | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Harvey Anesthesiologist SC | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 1,329.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 1,005.58 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 2,829.99 | 2,829.99 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 19,376.00 | 34,670.97 | 34,670.97 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,571.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,669.65 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 9,034.00 | 7,355.95 | 7,125.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,961.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | 230.95 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 6,300.00 | 10,070.53 | 8,886.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 3,525.00 | 1,184.53 | 1,184.53 | 0.00 | 0.00 |
| Lincare | Unsecured | 475.83 | NA | NA | 0.00 | 0.00 |
| Mansard Apartments | Unsecured | 2,813.16 | NA | NA | 0.00 | 0.00 |
| MEA-MUNSTER LLC | Unsecured | 24.24 | 34.62 | 34.62 | 0.00 | 0.00 |
| METROSOUTH MEDICAL CENTER | Unsecured | 513.25 | 3,421.68 | 3,421.68 | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOC | Unsecured | 61.70 | 30.85 | 30.85 | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOC | Unsecured | NA | 50.80 | 50.80 | 0.00 | 0.00 |
| MIDWEST EMERGENCY ASSOC | Unsecured | 905.58 | 30.85 | 30.85 | 0.00 | 0.00 |
| Millenium Laboratory | Unsecured | 48.30 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Service | Priority | 1,000.00 | NA | NA | 0.00 | 0.00 |
| MUNSTER EYE CARE ASSOCIATES | Unsecured | 13.61 | 209.00 | 209.00 | 0.00 | 0.00 |
| Nationawide Credit Collection Neurology | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,200.48 | 3,466.70 | 3,466.70 | 0.00 | 0.00 |
| Pacer Service Center | Unsecured | 55.80 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 792.81 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 229.16 | NA | NA | 0.00 | 0.00 |
| RA Berquist, DDS Flossmoor Executive C | Unsecured | 1,119.00 | NA | NA | 0.00 | 0.00 |
| Richard Kamyatte Associates | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 26,442.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 255.79 | NA | NA | 0.00 | 0.00 |
| Sirius XM Radio, Inc | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Sisco Systems, Inc | Unsecured | 295.67 | NA | NA | 0.00 | 0.00 |
| Southwest Laboratory | Unsecured | 13.44 | NA | NA | 0.00 | 0.00 |
| State Farm Fire and Casual | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Trustmark Recovery Services. | Unsecured | 175.47 | NA | NA | 0.00 | 0.00 |
| U.S. Bankruptcy Court | Priority | 281.00 | NA | NA | 0.00 | 0.00 |
| Vivient | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $8,886.00 | $0.00 | $0.00 |
|    All Other Secured | $10,329.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$19,215.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $34,670.97 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$34,670.97** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,741.60** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/08/2015      By: /s/ Tom Vaughn
                                                                      Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**